# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RONALD REINE

VERSUS

BRIAN REINE, SIKA
INVESTMENTS, LLC, AND OMNI
PINNACLE, LLC

NO.   2022 CW 0827

**SEPTEMBER 12, 2022**

---

In Re:   Sika  Investments,  L.L.C.,  applying  for  supervisory
writs,  22nd  Judicial  District  Court,  Parish  of  St.
Tammany, No. 202110861.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.S.n_

---
DEPUTY CLERK OF COURT
FOR THE COURT